**Order filed, May 23, 2016.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-15-00879-CV

### LESLIE WM. ADAM & ASSOCIATES, Appellant

### V.

### AMOCO FEDERAL CREDIT UNION, Appellee

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Case   1026220-801**

## ORDER

The reporter's record in this case was due February 9, 2016. *See* Tex. R. App. P. 35.1. On April 19, 2016, this court granted the court reporter's extension to file the record by May 9, 2016. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


/s/ Michael Massengale

Acting individually